DISMISS; Opinion Filed September 18, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01221-CR

**GERRY W. MOONEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F02-35420-MJ

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers
Opinion By Justice Myers

Gerry W. Mooney appeals the trial court's order denying his "motion to unseal documents previously sealed."[1] Appellate courts have jurisdiction over appeals by criminal defendants only after conviction or from certain statutorily designated appealable orders. *See Wright v. State*, 969 S.W.2d 588, 589–90 (Tex. App.—Dallas 1998, no pet.). The Court has found no authority providing the right to appeal an order denying a motion to unseal documents.

---

[1] Appellant was convicted of aggravated assault on a public servant with a deadly weapon and sentenced to forty-five years' imprisonment. His conviction was affirmed on direct appeal. *Mooney v. State*, No. 05-05-01395-CR (Tex. App.—Dallas Dec. 13, 2006, pet. ref'd).

We dismiss the appeal for want of jurisdiction.

_____
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121221F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GERRY W. MOONEY, Appellant

No. 05-12-01221-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 3 of Dallas County, Texas. (Tr.Ct.No. F02-35420-MJ).

Opinion delivered by Justice Myers, Justices Moseley and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered September 18, 2012.

_____

LANA MYERS
JUSTICE